IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01661-ZLW-KLM

ESTATE OF DAVID RANCE ROSSITER, by Charles Rossiter and
Erin Rossiter as Co-Personal Representatives,
CHARLES ROSSITER, as Parent and Co-Personal Representative of
the Estate of David Rance Rossiter, and
ERIN ROSSITER, as Parent and Co-Personal Representative of
the Estate of David Rance Rossiter,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY, COLORADO,
SHERIFF GRAYSON ROBINSIN, in his individual and official capacity, and
OFFICER DANIEL JOSEPH MONTANA, JR., in his individual and official capacity,

      Defendants.

## ORDER

      After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

      ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

      DATED at Denver, Colorado, this __14th__ day of August, 2008.

      BY THE COURT:

      _____
      ZITA L. WEINSHIENK, Senior Judge
      United States District Court