IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01661-LTB-KLM

ESTATE OF DAVID RANCE ROSSITER, by Charles Rossiter and Erin Rossiter as Co-
Personal Representatives,
CHARLES ROSSITER, as Parent and Co-Personal Representative of the Estate of David
Rance Rossiter, and
ERIN ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance
Rossiter,

        Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY, COLORADO,
SHERIFF GRAYSON ROBINSON, in his individual and official capacity, and
OFFICER DANIEL JOSEPH MONTANA, JR., in his individual capacity,

        Defendant(s).
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on the parties' **Joint Motion to Amend Scheduling
Order** [Docket No. 30; Filed March 5, 2009] (the "Motion").

        IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order
entered on November 17, 2008 [Docket No. 21], and supplemented on December 3, 2008
[Docket No. 26], is modified to extend the following deadlines:

- Joinder of Parties and Amendment of Pleadings    **April 30, 2009**
- Expert Designation Deadline    **May 15, 2009**
- Rebuttal Expert Designation Deadline    **June 16, 2009**
- Discovery Deadline    **June 29, 2009**

Dated:  March 6, 2009