IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01661-LTB-KLM

ESTATE OF DAVID RANCE ROSSITER, by Charles Rossiter and Erin Rossiter as Co-Personal Representatives,
CHARLES ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter, and
ERIN ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY, COLORADO,
SHERIFF GRAYSON ROBINSON, in his individual and official capacity, and
OFFICER DANIEL JOSEPH MONTANA, JR., in his individual capacity,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [Docket No. 42; Filed May 11, 2009] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on November 17, 2008 [Docket No. 21], supplemented on December 3, 2008 [Docket No. 26] and amended on March 6, 2009 [Docket No. 32], is modified to extend the following deadlines:

- Expert Designation Deadline — **June 1, 2009**
- Rebuttal Expert Designation Deadline — **June 29, 2009**
- Discovery Deadline (for expert discovery only) — **July 15, 2009**

Dated:  May 13, 2009