IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01661-LTB-KLM

ESTATE OF DAVID RANCE ROSSITER, by Charles Rossiter and Erin Rossiter as Co-Personal Representatives,
CHARLES ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter, and
ERIN ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY, COLORADO,
SHERIFF GRAYSON ROBINSON, in his individual and official capacity, and
OFFICER DANIEL JOSEPH MONTANA, JR., in his individual capacity,

      Defendant(s).

_____

## MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

      This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [Docket No. 63; Filed June 26, 2009] ("Joint Motion") and **Defendant Montana's Unopposed Motion for Extension of Time to Submit Rebuttal Expert Disclosure Concerning Blood Testing** [Docket No. 64; Filed June 26, 2009] ("Defendant Montana's Motion").

      IT IS HEREBY **ORDERED** that the Joint Motion [#63] is **GRANTED**.  The parties shall be permitted to take a total of twelve (12) nonexpert, nonparty depositions.

      IT IS FURTHER **ORDERED** that the discovery cutoff is extended to **August 13, 2009** for the purpose of taking depositions.  The expert discovery deadline remains September 15, 2009.

      IT IS HEREBY **ORDERED** that Defendant Montana's Motion [#64] is **GRANTED**. The rebuttal expert disclosure deadline is extended to **August 13, 2009** for the limited purpose of disclosing a rebuttal expert related to blood testing.

Dated:  June 29, 2009