IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01661-LTB-KLM

ESTATE OF DAVID RANCE ROSSITER, by Charles Rossiter and Erin Rossiter as Co-Personal Representatives,
CHARLES ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter, and
ERIN ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY, COLORADO,
SHERIFF GRAYSON ROBINSON, in his individual and official capacity, and
OFFICER DANIEL JOSEPH MONTANA, JR., in his individual capacity,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [Docket No. 74; Filed September 15, 2009] ("Joint Motion").

      IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**.  The Court extends the expert discovery deadline to **October 14, 2009** for the limited purpose of permitting the parties to depose Plaintiffs' experts Max Scott and Dan Montgomery.

      To the extent that the parties alert the Court to a dispute related to the deposition of Dan Montgomery, the Court reminds the parties of its practice for resolving discovery disputes.  **No opposed discovery motions shall be filed with the Court until the parties comply with D.C. Colo. L. Civ. R. 7.1(A).  If the parties are unable to reach agreement on a discovery issue after conferring, <u>counsel</u>, not legal secretaries, paralegals or assistants, shall conference together and contact my Chambers to attempt to resolve the issue.**

Dated:  September 16, 2009