# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-01661-LTB-KLM

ESTATE OF DAVID RANCE ROSSITER, by Charles Rossiter and Erin Rossiter as Co-Personal Representatives,
CHARLES ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter, and
ERIN ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY, COLORADO,
SHERIFF GRAYSON ROBINSON, in his individual and official capacity, and
OFFICER DANIEL JOSEPH MONTANA, JR., in his individual and official capacity,

      Defendants.

___

# ORDER
___

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss with Prejudice All Claims against Defendant Board of County Commissioners of Arapahoe County, Colorado (Doc 84 - filed October 7, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to all claims against Defendant Board of County Commissioners of Arapahoe County, Colorado,** each party to pay their own fees and costs.

                                 BY THE COURT:

                                 s/Lewis T. Babcock
                                 Lewis T. Babcock, Judge

DATED: October 8, 2009