IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01661-LTB-KLM

ESTATE OF DAVID RANCE ROSSITER, by Charles Rossiter and Erin Rossiter as Co-Personal Representatives,
CHARLES ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter, and
ERIN ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter,

        Plaintiffs,

v.

SHERIFF GRAYSON ROBINSON, in his individual and official capacity, and
OFFICER DANIEL JOSEPH MONTANA, JR., in his individual and official capacity,

        Defendant(s).
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on Plaintiff's **Motion to Re-Submit Supplemental Report of Douglas E. Rollins, M.D., Ph.D.** [Docket No. 90; October 15, 2009] (the "Motion").

        IT IS HEREBY **ORDERED** that the Motion is **STRICKEN**.  The Motion does not comply with my procedures for resolving discovery disputes.  To the extent that the parties cannot agree about the relief requested in the Motion, the parties may present argument on this issue at the **October 30, 2009 11:30 a.m.** telephonic discovery conference already set on the Court's calendar [Docket No. 90].  If the parties require additional time to resolve this issue, they may conference together on a single line and contact the Court at (**303) 335-2770** to arrange an alternate setting.

Dated:  October 16, 2009