IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01661-LTB-KLM

ESTATE OF DAVID RANCE ROSSITER, by Charles Rossiter and Erin Rossiter as Co-Personal Representatives,
CHARLES ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter, and
ERIN ROSSITER, as Parent and Co-Personal Representative of the Estate of David Rance Rossiter,

    Plaintiffs,

v.

SHERIFF GRAYSON ROBINSON, in his individual and official capacity, and
OFFICER DANIEL JOSEPH MONTANA, JR., in his individual and official capacity,

    Defendant(s).
_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on the parties' **Stipulated Motion to Vacate Settlement Conference** [Docket No. 124; Filed December 3, 2009] (the "Motion"). This Settlement Conference was to be the second held in this matter and was set at the parties' request [Docket No. 98]. The parties now request that it be vacated because they no longer believe it will be useful to them. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for December 17, 2009, at 1:30 p.m. is **VACATED**. Future settlement conferences will be scheduled *only* upon *joint* request of the parties.

Dated: December 4, 2009