IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: LaDonne Bush          Date:  July 23, 2010
Court Reporter:     Kara Spitler

_____

Civil Case No. 08-cv-01661-LTB-KLM          Counsel:

ESTATE OF DAVID ROSSITER, et al.,          Alfred Paoli

        Plaintiffs,

v.

SHERIFF GRAYSON ROBINSON, et al,          Thomas Rice
                                          Gillian M. Fahlsing
        Defendants.                       Edward Caswell

_____

COURTROOM MINUTES

_____

HEARING - Motion to Modify Ruling/Scheduling

9:00 a.m.      Court in session.

Argument by Mr. Paoli.

Argument by Mr. Rice.

Rebuttal argument by Mr. Paoli.

Further argument by Mr. Rice.

Court's ruling.

**ORDERED**:  Plaintiff's Motion to Modify Ruling on Admissibility of Southwest Montana
              Chemical Dependency Report (Doc. 177) is denied.  The Court's prior
              conditional ruling is now definitive and the motion in limine is denied
              definitively.

1

Court states that the subject of limited purpose will be addressed in an appropriate instruction to the jury.

Discussion regarding a revised pretrial order. Court instructs counsel to get a date from Magistrate Judge Mix's chambers.

Court explains daily trial schedule.

Court will set aside about two and one-half weeks for trial.

**ORDERED:** Trial is set Monday, March 21, 2011, at 9:00 a.m. Trial preparation conference is set Friday, February 25, 2011, at 10:00 a.m.

Court instructs counsel to exchange exhibits, determine which exhibits are really necessary, identify stipulated exhibits on the exhibit lists, and identify the rule of exclusion relied upon for any objection.

**ORDERED:** The following shall be submitted by Wednesday, February 23, 2011: witness and exhibits lists; deposition designations; proposed voir dire questions; jury instructions in the format required by the Court; and verdict form.

9:55 a.m.    Court in recess.

Hearing concluded.
Time: 00:55